FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAYLA MCNEAL,<br><br>            Plaintiff,<br><br>      v.<br><br>THE HEALING LODGE OF THE SEVEN NATIONS, a Washington Non-Profit Corporation,<br><br>            Defendant. | No.  4:24-CV-00339-SAB<br><br><br>**ORDER DISMISSING ACTION** |

Before the Court is Plaintiff's Notice of Dismissal Without Prejudice Pursuant to FRCP 41, ECF No. 8. Plaintiff filed her Complaint in Spokane County Superior Court on September 11, 2024. The action was removed to the Eastern District of Washington on October 1, 2024. ECF No. 1. Plaintiff now moves to dismiss her action without prejudice.

//
//
//
//
//
//
//

**ORDER DISMISSING ACTION ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1.      Plaintiff's Notice of Dismissal Without Prejudice Pursuant to FRCP 41, ECF No. 8, is **GRANTED**.

2.      All pending motions are dismissed, as moot.

3.      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-captioned is **DISMISSED**, without prejudice.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** this file.

**DATED** this 9th day of October 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION** ~ 2